FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 JAN 31 P 12: 47

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:02-cr-151-J-32TEM

PHILLIP KIRBY GUTHRIE

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

A Petition charging that defendant violated conditions of his Supervised Release was filed on December 11, 2006 (Doc. #45). A Final Revocation of Supervised Release hearing was held in open court on January 23, 2007. The defendant appeared with counsel, James H. Burke, Jr., Esquire. Also present was the probation officer and Assistant United States Attorney Dale R. Campion. At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violations of Supervised Release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his Supervised Release. It is hereby,

**ORDERED:**

1. Defendant's term of Supervised Release is hereby **REVOKED**.

2. Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY (30) DAYS, with SIX (6) MONTHS of Supervised Release to follow.**

3. While on supervised release the defendant is prohibited from consuming alcohol and must participate as directed by the probation officer in alcohol treatment.

4.   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on a date after March 1, 2007.

**DONE AND ORDERED** in Jacksonville, Florida, this 31st day of January, 2007

_____
TIMOTHY J. CORRIGAN
United States District Judge

m.
Copies to:
Asst. U.S. Attorney (Gallagher/Campion)
Asst. Federal Public Defender (Burke)
U.S. Probation
U.S. Marshals
U.S. Bureau of Prisons
Defendant

3